[No. 60506-2-I.   Division One.   January 20, 2009.]

DEANNE DEWITT, *Appellant*, v. ALAN D. BRYANT, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 02-2-00884-9, Vickie I. Churchill, J., entered July 26, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Cox and Leach, JJ.

[No. 60533-0-I.   Division One.   January 20, 2009.]

MAGDI M. FAHIM, *Appellant*, v. LONA RAY FLEMMER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-28290-1, Gregory P. Canova, J., entered August 7, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60671-9-I.   Division One.   January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE WINGARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02388-3, Richard A. Jones, J., entered September 28, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60705-7-I.   Division One.   January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. I.A.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-01938-5, Donald D. Haley, J. Pro Tem., entered October 4, 2007. *Affirmed* by unpublished per curiam opinion.